Rachel Fazio (CA Bar # 187580)
PO Box 697
Cedar Ridge, CA 95924
Tel:  (530) 273-9290
Fax:  (530) 273-9260
rachelmfazio@gmail.com

Sean Malone (OR Bar # 084060) (*Pro Hac Vice*)
259 E.5th Ave, Ste200-G
Eugene, OR 97401
Tel: (303) 859-0403
Fax: (650) 471-7366
seanmalone8@hotmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit organization,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES FOREST SERVICE, UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>    Defendant. | Case No.: 2:13-cv-01157-TLN-AC<br><br>**ORDER** |

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENISON OF TIME -** 1

This matter having come before the Court on Plaintiff's Unopposed Motion for Extension of time to file Plaintiff's Motion and Memorandum in Support of the Motion for Summary Judgment, the Court, having considered Plaintiff's unopposed motion, and having found good cause, GRANTS the motion. It is hereby SO ORDERED that Plaintiff's Motion and Memorandum in Support of Summary Judgment is now due on November 27, 2013.

Dated: November 18, 2013

_____
Troy L. Nunley
United States District Judge

**ORDER ON PLAINTIFF'S UNOPPOSED
MOTION FOR EXTENISON OF TIME -** 2