**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CONSERVATION CONGRESS, ) | Case No.: 2:13-cv-01157-TLN-AC |
|     Plaintiff, ) | |
| ) | **ORDER** |
|         v.       ) | |
| ) | |
| UNITED STATES FOREST SERVICE, ) | |
| and UNITED STATES FISH AND ) | |
| WILDLIFE SERVICE, ) | |
|     Defendants. ) | |

Plaintiff Conservation Congress, by its undersigned counsel, and Defendants United States Forest Service ("Forest Service") and United States Fish and Wildlife Service ("Fish and Wildlife Service"), by their undersigned counsel, hereby submit the following Joint Status Report with a proposed schedule for the Court's consideration.

1. <u>Brief Summary of Proceedings</u>: On December 20, 2013, the Forest Service withdrew the Decision Notice and Finding of No Significant Impact for the Porcupine Vegetation and Road Management Project. ECF No. 18-1. On January 8, 2014, the Court stayed the proceedings and vacated all deadlines in the case so that the parties could resolve

SCHEDULING ORDER                    1

the case without judicial involvement. ECF No. 19. The Court requested that the parties submit a Joint Status Report on or before January 29, 2014. *Id.*

2. <u>Status of Negotiations</u>: The parties have been actively discussing a resolution of the case without judicial involvement, and believe that they may be able to reach an agreement. The parties respectfully request an additional two weeks to discuss the details of a potential agreement resolving the case. Continuing the stay will conserve the Court's resources, and will allow the parties to avoid preparing pleadings and motions that may well be unnecessary.

3. <u>Proposed Schedule</u>: Within two weeks of this stipulation, the parties shall submit a status report apprising the Court of the status of parties' negotiations and efforts to resolve the case without judicial involvement.

For the foregoing reasons, the Plaintiff and Defendants request that the Court approve this Joint Scheduling Report.

It is so ordered this 28th day of January, 2014.

Troy L. Nunley
United States District Judge