**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CONSERVATION CONGRESS, ) | Case No.: 2:13-cv-01157-TLN-AC |
|      Plaintiff, ) | |
| ) | |
|      v. ) | |
| ) | |
| UNITED STATES FOREST SERVICE, ) | **ORDER** |
| and UNITED STATES FISH AND ) | |
| WILDLIFE SERVICE, ) | |
|      Defendants. ) | |

_____

    Plaintiff Conservation Congress, by its undersigned counsel, and Defendants United States Forest Service ("Forest Service") and United States Fish and Wildlife Service ("Fish and Wildlife Service"), by their undersigned counsel, hereby submit the following Joint Status Report with a proposed schedule for the Court's consideration.

    1. <u>Brief Summary of Proceedings</u>: On December 20, 2013, the Forest Service withdrew the Decision Notice and Finding of No Significant Impact for the Porcupine Vegetation and Road Management Project. ECF No. 18-1. On January 8, 2014, the Court stayed the proceedings and vacated all deadlines in the case so that the parties could resolve the case without judicial involvement. ECF No. 19. On January 29, 2014, the parties submitted a joint status report, explaining that they had been actively discussing a resolution of the case, and respectfully requested an additional two weeks to discuss the details of a potential agreement. ECF No. 20 at 2. The Court granted

the request and ordered the parties to submit a joint status report within two weeks of its order.  ECF No. 21.

2. <u>Status of Negotiations</u>: The parties continue to actively discuss a resolution of the case without judicial involvement, and believe that they may be able to reach an agreement.  The parties respectfully request an additional two weeks to discuss the details of a potential agreement resolving the case.  Continuing the stay will conserve the Court's resources, and will allow the parties to avoid preparing pleadings and motions that may well be unnecessary.

3. <u>Proposed Schedule</u>: Within two weeks of this stipulation, the parties shall submit a status report apprising the Court of the status of parties' negotiations and efforts to resolve the case without judicial involvement.

For the foregoing reasons, the Plaintiff and Defendants request that the Court approve this Joint Status Report.

It is so ordered this 12th day of February, 2014.

Troy L. Nunley
United States District Judge