**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| CONSERVATION CONGRESS, ) | Case No.: 2:13-cv-01157-TLN-AC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES FOREST SERVICE, ) and UNITED STATES FISH AND ) WILDLIFE SERVICE, ) | **Order** |
| Defendants. ) | |
| _____ | |

Plaintiff Conservation Congress, by its undersigned counsel, and Defendants United States Forest Service ("Forest Service") and United States Fish and Wildlife Service ("Fish and Wildlife Service"), by their undersigned counsel, hereby submit the following Joint Status Report and request an additional 45-days to finalize a proposed settlement agreement and obtain necessary approvals for the agreement, which would fully resolve the case.

1. <u>Brief Summary of Proceedings</u>: On December 20, 2013, the Forest Service withdrew the Decision Notice and Finding of No Significant Impact for the Porcupine Vegetation and Road Management Project. ECF No. 18-1. On January 8, 2014, the Court stayed the proceedings and vacated all deadlines in the case so that the Parties could resolve the case without judicial involvement. ECF No. 19. Since then, the Parties have sought two extensions of the stay from the Court to discuss a potential agreement to resolve the case without the Court's involvement. *See*,

JOINT STATUS REPORT                     1

      *e.g.*, ECF No. 20 (Joint Status Report requesting additional time to discuss resolution of the case), ECF No. 22 (same). The Court granted both requests. *See* ECF No. 21, 23.

2. <u>Status of Negotiations</u>: The Parties believe they have reached an agreement that will resolve the entire case. However, the Parties still have to agree to the terms of a written settlement proposal and Federal Defendants still need to obtain approval of that agreement by the appropriate federal government officials. Accordingly, the Parties respectfully request an additional 45-day extension of the stay in this case to complete those steps. Allowing the Parties time to try and complete this proposed settlement and obtain the necessary approvals would promote judicial efficiency because the proposed settlement would resolve the entire case and avoid the need for any further litigation in this case.

3. <u>Proposed Schedule</u>: Within 45 days of this stipulation, the Parties shall submit a status report apprising the Court of the status of Parties' efforts to resolve the case without judicial involvement.

For the foregoing reasons, Plaintiff and Defendants request that the Court approve this Joint Status Report.

It is so ordered this 26th day of February, 2014.

Dated: February 26, 2014

_____
Troy L. Nunley
United States District Judge

JOINT STATUS REPORT     2